

461

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable John R. Shook
Criminal District Attorney
San Antonio, Texas

Dear Sir:     Attention of Mr. T. H. Ridgeway

Opinion No. O-2097-A
Re:  Liability of Assessor-Collector
     for costs in mandamus proceeding
     brought against him.

We have carefully considered the additional facts presented in your letter of July 20, 1940, requesting a reconsideration of Opinion No. O-2097, but we are compelled to the conclusion that Opinion No. O-2097 correctly states the law upon the issues involved.

Consequently, it is still the opinion of this department that when judgment is had against a county officer in a mandamus proceeding brought against him to compel the performance of a ministerial duty, the defendant being joined in his individual and official capacity, and judgment is for relator and costs are assessed against the respondent, the respondent is individually and personally responsible for the costs.

It is the further opinion of this department that a mandamus proceeding brought against a county tax assessor-collector to compel him to perform the ministerial duty of accepting a tender of taxes and the issuance of a receipt therefor may not be classed as a "suit against the county" (the county not being joined in its corporate name as a party defendant) so as to relieve the defendant of the payment of the costs of suit.

Very truly yours

APPROVED AUG 9, 1940

FIRST ASSISTANT
ATTORNEY GENERAL

ATTORNEY GENERAL OF TEXAS

By  James D. Smullen
         James D. Smullen
         Assistant

JDS:AML

NO COMMUNICATION IS TO BE CONSIDERED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT